In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of MILLARD U. ROBERTS, Claim No. S. & M. 155, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, Respondent.

— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.